| | |
|---|---|
| **No. 12-5305** | **September Term, 2012** |
| | 1:09-cv-00587-RLW |
| | Filed On: October 2, 2012 [1397655] |

Stephen Dearth and Second Amendment Foundation, Inc.,

       Appellants

    v.

Eric H. Holder, Jr.,

       Appellee

### O R D E R

The notice of appeal was filed on September 27, 2012, and docketed in this court on October 2, 2012. It is, on the court's own motion,

**ORDERED** that appellants submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | November 1, 2012 |
| Docketing Statement Form | November 1, 2012 |
| Entry of Appearance Form | November 1, 2012 |
| Procedural motions, if any | November 1, 2012 |
| Statement of Intent to Utilize Deferred Joint Appendix | November 1, 2012 |
| Statement of Issues to be Raised | November 1, 2012 |
| Transcript Status Report | November 1, 2012 |
| Underlying Decision from Which Appeal or Petition Arises | November 1, 2012 |
| Dispositive Motions, if any (Original and 4 copies) | November 16, 2012 |

It is

      **FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | November 1, 2012 |
| Entry of Appearance Form | November 1, 2012 |
| Procedural motions, if any | November 1, 2012 |
| Dispositive Motions, if any (Original and 4 copies) | November 16, 2012 |

It is

      **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

      **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                                   **FOR THE COURT:**
                                                   Mark J. Langer, Clerk

                         BY:      /s/
                                                   Jennifer M. Clark
                                                   Deputy Clerk

The following forms and notices are available on the Court's [website:](#)

      [Civil Docketing Statement Form](#)
      [Entry of Appearance Form](#)
      [Transcript Status Report Form](#)
      [Request to Enter Appellate Mediation Program](#)
      [Notice Concerning Expedition of Appeals and Petitions for Review](#)
      [Stipulation to be Placed in Stand-By Pool of Cases](#)