# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Stephen Dearth, et al.

**v.** Eric Holder, Jr.

**Case No:** 12-5305

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

○ Appellant(s)/Petitioner(s)  ● Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae

Eric H. Holder, Jr.

Names of Parties                          Names of Parties

### Counsel Information

**Lead Counsel:** Anisha S. Dasgupta

**Direct Phone:** (202) 514-5428  **Fax:** (202) 514-9405  **Email:** anisha.dasgupta@usdoj.gov

**2nd Counsel:** Michael S. Raab

**Direct Phone:** (202) 514-4053  **Fax:** (202) 514-9405  **Email:** michael.raab@usdoj.gov

**3rd Counsel:**

**Direct Phone:** ( ) -  **Fax:** ( ) -  **Email:**

**Firm Name:** U.S. Department of Justice

**Firm Address:** 950 Pennsylvania Ave, N.W., Room 7237, Washington DC 20530

**Firm Phone:** ( ) -  **Fax:** ( ) -  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

# CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2012 I filed and served the foregoing Entry of Appearance with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

s/ Anisha S. Dasgupta<br>
Anisha Dasgupta