IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| STEPHEN DEARTH, et al., | ) | Case No. 12-5305 |
| | ) | |
| Appellants, | ) | STATEMENT OF INTENT RE: |
| | ) | DEFERRED JOINT APPENDIX |
| v. | ) | |
| | ) | |
| ERIC HOLDER, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

## STATEMENT OF INTENT RE: DEFERRED JOINT APPENDIX

Appellants hereby provide notice that they do not intend to utilize a deferred joint appendix.

Dated: November 1, 2012

Respectfully submitted,

Alan Gura (D.C. Bar No. 453449)
Gura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

By: /s/ Alan Gura
Alan Gura

Attorney for Appellants

CERTIFICATE OF SERVICE

On this, the 1st day of November, 2012, I served a copy of the foregoing Statement Re: Deferred Joint Appendix upon the following by electronic service. The document was filed electronically, generating a Notice of Electronic Filing, and counsel below has consented to electronic filing:

Anisha Dasgupta
Appellate Staff, Civil Division
U.S. Department of Justice
950 Pennsylvania Ave, NW, Room 7533
Washington, D.C. 20530
(202) 514-5428

I declare under penalty of perjury that the foregoing is true and correct.

This the 1st day of November, 2012

/s/ Alan Gura
Alan Gura

Attorney for Appellants