# United States Court of Appeals
## District of Columbia Circuit

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Stephen Dearth, et al.

**v.** Eric Holder

**Case No:** 12-5305

## TRANSCRIPT STATUS REPORT

○ **Final** - No transcripts are necessary for this appeal as the case was decided on the pleadings.

◉ **Final** - All transcripts necessary for the appeal have been completed and received.

**Interim Part I** - The following necessary transcripts have been ordered but not received.

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| | | |

**Interim Part II** - The following necessary transcripts have been completed and received.

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| 9/10/2012 | Motions Hearing -- Transcript Received 10/25/2012 | Rebecca Stonestreet |

**Interim Part III** - State below any additional comments regarding the preparation of the transcripts or the record on appeal which may delay the briefing of this case.

Notes: A copy of this report shall be served on each court reporter for which transcripts are outstanding. Please attach additional blank sheets, if necessary, and a certificate of service to this report.

USCA Form 51
August 2009 (REVISED)

CERTIFICATE OF SERVICE

On this, the 1st day of November, 2012, I served a copy of the foregoing Final Transcript Status Form upon the following by electronic service. The document was filed electronically, generating a Notice of Electronic Filing, and counsel below has consented to electronic filing:

Anisha Dasgupta
Appellate Staff, Civil Division
U.S. Department of Justice
950 Pennsylvania Ave, NW, Room 7533
Washington, D.C. 20530
(202) 514-5428

Additionally, I served a true and correct copy of the foregoing via U.S. Mail, first class postage pre-paid, addressed to:

Rebecca Stonestreet, RPR, CRR
Official Court Reporter
333 Constitution Avenue, N.W., Room 6511
Washington, D.C. 20001

I declare under penalty of perjury that the foregoing is true and correct.

This the 1st day of November, 2012


/s/ Alan Gura
Alan Gura

Attorney for Appellants