IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| STEPHEN DEARTH, et al., | ) | Case No. 12-5305 |
| | ) | |
| Appellants, | ) | STATEMENT OF ISSUES |
| | ) | TO BE RAISED |
| v. | ) | |
| | ) | |
| ERIC HOLDER, | ) | |
| | ) | |
| Appellee. | ) | |

STATEMENT OF ISSUES TO BE RAISED

Appellants hereby provide notice that they intend to raise the following issues on appeal:

1. May the government forbid law-abiding, responsible American citizens, who are not disqualified from possessing firearms, from exercising their fundamental Second Amendment right to receive firearms for self-defense on account of foreign residence?

2. May the government forbid law-abiding, responsible American citizens, who are not disqualified from possessing firearms, from exercising their fundamental Second Amendment rights to purchase firearms on account of foreign residence?

3. May the government require Americans to choose between exercising their fundamental Second Amendment right to bear arms, and their fundamental Fifth Amendment right of international travel?

4. Does a membership organization whose members are impacted by particular federal criminal laws, and which expends resources as a result of these laws, have standing to challenge the laws' constitutionality?

Dated: November 1, 2012             Respectfully submitted,

                                                        Alan Gura (D.C. Bar No. 453449)
                                                        Gura & Possessky, PLLC
                                                        101 N. Columbus Street, Suite 405
                                                        Alexandria, VA 22314
                                                        703.835.9085/Fax 703.997.7665

                                      By: /s/ Alan Gura
                                                        Alan Gura
                                                        Attorney for Appellants

CERTIFICATE OF SERVICE

On this, the 1st day of November, 2012, I served a copy of the foregoing Statement of Issues To Be Raised upon the following by electronic service. The document was filed electronically, generating a Notice of Electronic Filing, and counsel below has consented to electronic filing:

Anisha Dasgupta
Appellate Staff, Civil Division
U.S. Department of Justice
950 Pennsylvania Ave, NW, Room 7533
Washington, D.C. 20530
(202) 514-5428

I declare under penalty of perjury that the foregoing is true and correct.

This the 1st day of November, 2012


/s/ Alan Gura
Alan Gura

Attorney for Appellants