# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

―――――――

No. 12-5305                      September Term, 2012

1:09-cv-00587-RLW

Filed On: January 17, 2013 [1415760]

Stephen Dearth and Second Amendment Foundation, Inc.,

      Appellants

   v.

Eric H. Holder, Jr.,

      Appellee

## O R D E R

Upon consideration of appellants' consent motion for extension of time to file the brief and appendix, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | February 8, 2013 |
| Appendix | February 8, 2013 |
| Appellee's Brief | March 11, 2013 |
| Appellants' Reply Brief | March 25, 2013 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Michael C. McGrail
Deputy Clerk