No. 12-5305
ORAL ARGUMENT HAS NOT YET BEEN SCHEDULED

# In the United States Court of Appeals for the District of Columbia Circuit

STEPHEN DEARTH, ET AL.,

Plaintiffs-Appellants,

v.

ERIC H. HOLDER, JR.,

Defendant-Appellee.

Appeal from a Judgment of the
United States District Court for the District of Columbia
The Hon. Robert L. Wilkins, District Judge
(Dist. Ct. No. 1:09-cv-00587-RLW)

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' REPLY BRIEF

Appellants Stephen Dearth and Second Amendment Foundation, Inc., hereby move for an order extending the time to file their reply brief by fourteen days. Appellee's counsel have stated via email that the motion is unopposed. In support thereof, counsel declares:

1. Appellants' reply brief is due to be filed March 25, 2013.

2. As it turns out, March 25 is the eve of the Passover holiday, which Appellants' counsel observes.

3. Appellants' counsel is counsel for Petitioners in *Kachalsky* v. *Cacace*, U.S. Supreme Court No. 12-845. Following an extension of time given Respondents in that case, the Brief in Opposition to the Petition for Certiorari is now due March 13, and counsel would wish to file a timely Reply Brief. The petition would be distributed to the Court for conference as soon as ten days following the filing of Respondents' brief.

4. Appellants' counsel is also preparing two petitions for certiorari, one due March 21, the other, April 3.

5. Appellants have previously obtained a 7 day extension to file the opening brief and appendix. The requested extension would not prejudice any party. Appellee does not oppose this motion.

WHEREFORE, Appellants request an extension of time to file the reply brief by and through April 8, 2013.

Dated: March 11, 2013	Respectfully submitted,

Alan Gura
GURA & POSSESSKY, PLLC
101 N. Columbus Street, Ste 405
Alexandria, VA 22314
703.835.9085/703.997.7665

By:	/s/ Alan Gura
Alan Gura

Counsel for Plaintiffs-Appellants

CERTIFICATE OF SERVICE

I certify that on this 11th day of March, 2013, I filed the foregoing Motion electronically with the Clerk of the Court using the CM/ECF System, which will effect electronic service on all counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 11th day of March, 2013.

        /s/ Alan Gura
        Alan Gura

        Counsel for Plaintiffs-Appellants