# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 12-5305** | **September Term, 2012** |
| | 1:09-cv-00587-RLW |
| | Filed On: March 12, 2013 [1424767] |

Stephen Dearth and Second Amendment Foundation, Inc.,

      Appellants

    v.

Eric H. Holder, Jr.,

      Appellee

**O R D E R**

Upon consideration of appellants' unopposed motion for extension of time to file the reply brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

    Appellants' Reply Brief                               April 8, 2013

                                                  **FOR THE COURT:**
                                                  Mark J. Langer, Clerk

                          BY:    /s/
                                   Michael C. McGrail
                                   Deputy Clerk