# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 12-5305                                           September Term, 2012

1:09-cv-00587-RLW

Filed On: June 25, 2013 [1443193]

Stephen Dearth and Second Amendment
Foundation, Inc.,

         Appellants

    v.

Eric H. Holder, Jr.,

         Appellee

### O R D E R

It is **ORDERED**, on the court's own motion, that this case be scheduled for oral argument on September 19, 2013, at 9:30 A.M., before Circuit Judges Henderson and Griffith, and Senior Circuit Judge Randolph.

The time and date of oral argument will not change absent further order of the Court.

A separate order will be issued regarding the allocation of time for argument.

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                BY:     /s/
                                    Michael C. McGrail
                                    Deputy Clerk

The following forms and notices are available on the Court's website:

Memorandum to Counsel Concerning Cases Set for Oral Argument (Form 71)