# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 12-5305** | **September Term, 2013** |
| | 1:09-cv-00587-RLW |
| | Filed On: September 19, 2013 [1457351] |

Stephen Dearth and Second Amendment
Foundation, Inc.,

      Appellants

  v.

Eric H. Holder, Jr.,

      Appellee

**BEFORE:**    Circuit Judges Henderson and Griffith, and Senior Circuit Judge Randolph

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on September 19, 2013 at 10:58 a.m. The cause was heard as case No. 3 of 3 and argued before the Court by:

  Alan Gura, counsel for Appellants.

  Anisha S. Dasgupta (DOJ), counsel for Appellees.

                                   FOR THE COURT:
                                   Mark J. Langer, Clerk

      BY:     /s/
                Shana E. Thurman
                Deputy Clerk