# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 12-5305** | **September Term, 2013** |
| | 1:09-cv-00587-RLW |
| | **Filed On:** January 10, 2014 |

Stephen Dearth and Second Amendment Foundation, Inc.,

      Appellants

    v.

Eric H. Holder, Jr.,

      Appellee

      **BEFORE:**    Henderson and Griffith, Circuit Judges; Randolph, Senior Circuit Judges

### O R D E R

It is **ORDERED**, on the court's own motion, that the parties file supplemental briefs addressing the following issues: (1) Whether non-resident Americans are "home" while visiting the United States; and (2) Whether the Second Amendment extends beyond the home. The supplemental briefs may not exceed 30 pages. Appellants' supplemental brief is due on Monday, February 10, 2014, and appellee's supplemental brief is due on Wednesday March 12, 2014.

### Per Curiam

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                BY:    /s/
                              Michael C. McGrail
                              Deputy Clerk