# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
                                                    )
Stephen Dearth and Second Amendment,  )
Foundation, Inc.,                                )
        *Appellants*,                          )
                                                    )
    v.                                          )  Case No. 12-5305
                                                    )
Eric H. Holder,                                 )
                                                    )
        *Appellee*                              )
_____ )


## NOTICE OF INTENT TO FILE *AMICUS* BRIEF

The National Rifle Association of America, Inc. intends to file an *amicus* brief in support of the Appellants in the above-captioned appeal, and hereby provides notice of that intent pursuant to Circuit Rule 29(b). All parties have consented to the filing of this brief.

February 7, 2014                        Respectfully submitted,

                                            CHARLES J. COOPER
                                            DAVID H. THOMPSON
                                            PETER A. PATTERSON
                                            BRIAN W. BARNES
                                            COOPER & KIRK, PLLC
                                            1523 New Hampshire Avenue, N.W.
                                            Washington, D.C. 20036
                                            (202) 220-9600
                                            dthompson@cooperkirk.com
                                            *Counsel for* Amicus Curiae

# CORPORATE DISCLOSURE STATEMENT

Pursuant to FED. R. APP. P. 26.1 and Circuit Rules 26.1 and 29(b), *amicus curiae* National Rifle Association of America, Inc. hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

February 7, 2014 /s/ David H. Thompson
*Counsel for* Amicus Curiae

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of February, 2014, I electronically filed the original of the foregoing document with the clerk of this Court by using the CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

February 7, 2014                              /s/ David H. Thompson
                                              *Counsel for* Amicus Curiae