# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 12-5305**　　　　　　　　　　　　**September Term, 2013**

**1:09-cv-00587-RLW**

**Filed On:** March 19, 2014

Stephen Dearth and Second Amendment Foundation, Inc.,

　　　　Appellants

　v.

Eric H. Holder, Jr.,

　　　　Appellee

　　**BEFORE:**　Henderson and Griffith, Circuit Judges, and Randolph, Senior Circuit Judge

## O R D E R

　Upon consideration of the unopposed motion of National Rifle Association, Inc. for leave to file an amicus brief in support of appellants, it is

　**ORDERED** that the motion be granted.

**Per Curiam**

　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　Michael C. McGrail
　　　　　　　　　　　　　　　Deputy Clerk