# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Stephen Dearth, et al.

**v.**

Eric Holder, Jr.

**Case No:** 12-5305

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

○ Appellant(s)/Petitioner(s)   ● Appellee(s)/Respondent(s)   ○ Intervenor(s)   ○ Amicus Curiae

Eric H. Holder, Jr.

Names of Parties

Names of Parties

### Counsel Information

**Lead Counsel:** Daniel Tenny

**Direct Phone:** (202) 514-1838   **Fax:** (202) 514-9405   **Email:** daniel.tenny@usdoj.gov

**2nd Counsel:** Mark B. Stern

**Direct Phone:** (202) 514-5089   **Fax:** (202) 307-2551   **Email:** mark.stern@usdoj.gov

**3rd Counsel:** Michael S. Raab

**Direct Phone:** (202) 514-4053   **Fax:** (202) 514-7964   **Email:** michael.raab@usdoj.gov

**Firm Name:** U.S. Department of Justice, Civil Division

**Firm Address:** 950 Pennsylvania Avenue NW, Washington, DC 20530

**Firm Phone:** (   )    -    **Fax:** (   )    -    **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2015, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

                                         s/ Daniel Tenny
                                         DANIEL TENNY