# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 12-5305                                    September Term, 2014

1:09-cv-00587-RLW

**Filed On: March 4, 2015** [1540580]

Stephen Dearth and Second Amendment
Foundation, Inc.,

        Appellants

    v.

Eric H. Holder, Jr.,

        Appellee

## O R D E R

It is **ORDERED**, on the court's own motion, that this case is removed from the court's March 5, 2015 oral argument calendar and is rescheduled for oral argument on March 09, 2015, at 9:30 A.M.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Michael C. McGrail
Deputy Clerk