# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 12-5305**  September Term, 2014

1:09-cv-00587-RLW

Filed On: March 9, 2015 [1541172]

Stephen Dearth and Second Amendment Foundation, Inc.,

      Appellants

    v.

Eric H. Holder, Jr.,

      Appellee

**BEFORE:** Circuit Judges Henderson and Griffith, and Senior Circuit Judge Randolph

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on March 9, 2015 at 11:00 a.m. The cause was heard as case No. 2 of 2 and argued before the Court by:

  Alan Gura, counsel for Appellants.

  Daniel Tenny (DOJ), counsel for Appellee.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Shana E. Thurman
Deputy Clerk