# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 12-5305**  September Term, 2014
1:09-cv-00587-RLW

Filed On: June 23, 2015 [1559076]

Stephen Dearth and Second Amendment
Foundation, Inc.,

      Appellants

    v.

Loretta E. Lynch,

      Appellee

## O R D E R

      It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

                      BY:    /s/
                               Ken R. Meadows
                               Deputy Clerk