# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Stephen Dearth, et al.

v.

Loretta Lynch

(Type caption of lead case only)

Appeal No. 12-5305

Consolidated Case Nos.

---

The Clerk is directed to tax costs, pursuant to Fed. R. App. P. 39 and Local Rule 39, for the docketing fee (receivable only by appellant/petitioner), and for the cost of reproducing only the number of copies of briefs and appendices which have been required to be filed with the Court or served on parties, intervenors and amici curiae, plus three copies for the prevailing party. Bills of costs must be filed within fourteen (14) days after entry of judgment. The Court looks with disfavor upon motions to the file bills of costs out of time.

---

## BILL OF COSTS

Comes now Stephen Dearth, Appellant (appellant, petitioner, appellee, or respondent), (the) (a) prevailing party in Appeal Nos. 12-5305, by counsel, and states that costs have been incurred in said case(s) which should be taxed (solely) (jointly and severally) against the following (party) (parties)

**NAME OF PARTY OR PARTIES**     **APPEAL NO.**

(1) Loretta Lynch                 12-5305

(2)

(3)

(4)

(5)

(Use per page, per cover or per volume charges where applicable.)

## MAIN BRIEF

| Total # copies of briefs | | Pages, Covers or fasteners per brief | | Total # of pages, covers or fasteners | | Fee per page, cover or fastner | | Subtotal |
|---|---|---|---|---|---|---|---|---|
| TEXT: | | | | | | | | |
| 13 | X | 92 | = | 1,196 | X | $ 0.10 | = | $ 119.60 |
| COLOR: | | | | | | | | |
|  | X |  | = |  | X |  | = |  |
| FRONT COVERS: | | | | | | | | |
| 13 | X | 1 | = | 13 | X | $ 0.57 | = | $ 7.41 |
| BACK COVERS: | | | | | | | | |
| 13 | X | 1 | = | 13 | X | $ 0.49 | = | $ 6.37 |
| FASTENERS: | | | | | | | | |
| 13 | X | 1 | = | 13 | X | $ 2.52 | = | $ 32.76 |

AMOUNT $ 166.14

## REPLY BRIEF (if applicable)

| Total # copies of briefs | | Pages, Covers or fasteners per brief | | Total # of pages, covers or fasteners | | Fee per page, cover or fastner | | Subtotal |
|---|---|---|---|---|---|---|---|---|
| TEXT: | | | | | | | | |
| 13 | X | 34 | = | 442 | X | $ 0.10 | = | $ 44.20 |
| COLOR: | | | | | | | | |
|  | X |  | = |  | X |  | = |  |
| FRONT COVERS: | | | | | | | | |
| 13 | X | 1 | = | 13 | X | $ 0.57 | = | $ 7.41 |
| BACK COVERS: | | | | | | | | |
| 13 | X | 1 | = | 13 | X | $ 0.49 | = | $ 6.37 |
| FASTENERS: | | | | | | | | |
| 13 | X | 1 | = | 13 | X | $ 2.52 | = | $ 32.76 |

AMOUNT $ 90.74

## APPENDIX

| Total # copies of briefs | | Pages, Covers or fasteners per brief | | Total # of pages, covers or fasteners | | Fee per page, cover or fastner | | Subtotal |
|---|---|---|---|---|---|---|---|---|
| TEXT: | | | | | | | | |
| 9 | X | 213 | = | 1,917 | X | $ 0.10 | = | $ 191.70 |
| COLOR: | | | | | | | | |
|  | X |  | = |  | X |  | = |  |
| FRONT COVERS: | | | | | | | | |
| 9 | X | 1 | = | 9 | X | $ 0.57 | = | $ 5.13 |
| BACK COVERS: | | | | | | | | |
| 9 | X | 1 | = | 9 | X | $ 0.49 | = | $ 4.41 |
| FASTENERS: | | | | | | | | |
| 9 | X | 1 | = | 9 | X | $ 2.52 | = | $ 22.68 |

AMOUNT $ 223.92

AMOUNT OF SUBTOTALS $ 686.98 (including supplemental briefs ordered by the Court -- see attached)

DOCKETING FEE (if applicable) $ 455.00

TOTAL COSTS TO BE TAXED $ 1141.98

It is understood that the Clerk will tax costs only against those parties specifically named herein and in the amount which does not exceed either the specific sum claimed or the total allowable amount determined in accordance with Circuit Rule 39.

The costs claimed as actual costs are the actual costs incurred. A copy of the printer's/duplicator's bill, or other sufficient documentation of actual costs incurred, is attached.

| Alan Gura | /s/ Alan Gura |
|---|---|
| Typed Name of Counsel | Signature of Counsel |

105 Oronoco Street, Suite 305
Counsel's Address
Alexandria, VA 22314

( 703 ) 835-9085
Counsel's Telephone Number

### VERIFICATION *

State of _____ )
                  ) SS:
County of _____ )

COMES NOW _____, and being first duly sworn, does depose and state that (he) (she) signed the foregoing Bill of Costs, that the costs claimed therein were incurred in connection with the captioned appellate proceeding and, as set forth, are true and correct.

SUBSCRIBED AND SWORN TO before the undersigned, a Notary public, this ____ day of _____, 20___.

_____
Notary Public

(Notary seal or stamp)

**COUNSEL SHALL ATTACH A CERTIFICATE OF SERVICE**

*In lieu of this sworn verification, an unsworn declaration in conformity with 28 U.S.C. 1746 may be substituted.

## **FIRST SUPPLEMENTAL BRIEF**

| Total # Copies of briefs | | Pagers, covers or fasteners per brief | | Total # of pages, covers or fasteners | | fees per page, cover or fastener | | Subtotal |
|---|---|---|---|---|---|---|---|---|

Text

| 13 | X | 45 | = | 585 | X | $ 0.10 | = | $58.50 |

Front Cover

| 13 | X | 1 | = | 13 | X | $ 0.57 | = | $ 7.41 |

Back Cover

| 13 | X | 1 | = | 13 | X | $ 0.49 | = | $ 6.37 |

Fasteners

| 13 | X | 1 | = | 13 | X | $2.52 | = | $32.76 |
| | | | | | | Amount | $ | 105.04 |

## SECOND SUPPLEMENTAL BRIEF

| Total # Copies of briefs | Pagers, covers or fasteners per brief | | Total # of pages, covers or fasteners | | fees per page, cover or fastener | | Subtotal |
|---|---|---|---|---|---|---|---|

Text

| 13 | X | 42 | = | 546 | X | $ 0.10 | = | $54.60 |
|---|---|---|---|---|---|---|---|---|

Front Cover

| 13 | X | 1 | = | 13 | X | $ 0.57 | = | $ 7.41 |
|---|---|---|---|---|---|---|---|---|

Back Cover

| 13 | X | 1 | = | 13 | X | $ 0.49 | = | $ 6.37 |
|---|---|---|---|---|---|---|---|---|

Fasteners

| 13 | X | 1 | = | 13 | X | $2.52 | = | $32.76 |
|---|---|---|---|---|---|---|---|---|

Amount  $  101.14

# DECLARATION OF ALAN GURA

I, Alan Gura, declare as follows:

1. I am counsel for the appellants in *Dearth v. Lynch*, No. 12-5305.

2. My clients prevailed in this appeal and thus seek costs for the required briefing in this case, as itemized on the Court's form and supplemental sheets (to account for two supplemental briefs ordered by the Court), at the Court's official rates. The Court's official rate is lower than the actual cost of reproducing the briefs and appendix.

3. The actual cost of printing the briefs and appendix is reflected on the attached receipts for all printing, except for the reply brief. While the original receipt for that brief is missing, my contemporaneous billing records indicate the cost of that printing was $132.99, consistent with the actual cost of the other briefing.

4. I signed the foregoing Bill of Costs, and the costs claimed therein were incurred in connection with the captioned appellate proceeding and, as set forth, are true and correct, reflecting the Court's docketing fee and the Court's official printing rate for all required briefing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 7th day of July, 2015.

_____
Alan Gura

# FedEx Office

FedEx Office
685 N Washington St
Alexandria, VA 22314-1913
(703) 739-0783

Order Date: 02/08/2013  Branch: 1819
Order Time: 12:23:27    Register: 04
Pickup Date: 02/08/2013
Pickup Time: 15:00
Team Member: Dany V.

*DEATH*

PICK UP ORDER *AP. BRIEF*

181902M071

---

Customer: Alan Gura

---

Total Order         230.37
Total Paid Online   230.37

Sub-Total             0.00
Balance Due           0.00

---

PICK UP ORDER

181902M071

---

Thank you for visiting

FedEx Office
Make It. Print It. Pack It. Ship It.
fedex.com/office

Customer Copy


# FedEx Office

FedEx Office
685 N Washington St
Alexandria, VA 22314-1913
(703) 739-0783

Order Date: 02/06/2013  Branch: 1819
Order Time: 10:08:54    Register: 11
Pickup Date: 02/06/2013
Pickup Time: 13:00
Team Member: Richard S.

*DEAR VID*

PICK UP ORDER *APX.*

181902LXZ1

---

Customer: Alan Gura

---

Total Order         314.78
Total Paid Online   314.78

Sub-Total             0.00
Balance Due           0.00

---

PICK UP ORDER

181902LXZ1

---

Thank you for visiting

FedEx Office
Make It. Print It. Pack It. Ship It.
fedex.com/office

Customer Copy

*Death* *[illegible]*

# FedEx Office

FedEx Office
685 N Washington St
Alexandria, VA 22314-1913
(703) 739-0783

Order Date: 02/10/2014     Branch: 1819
Order Time: 15:04:43     Register: 04
Pickup Date: 02/10/2014
Pickup Time: 18:00
Team Member: Jenese R.

PICK UP ORDER

181902WT41

Customer: Alan Gura

Total Order     142.33
Total Paid Online     142.33

Sub-Total     0.00
Balance Due     0.00

PICK UP ORD

181902WT41

Thank you for visiting

FedEx Office
Make It. Print It. Pack It. Ship It.
fedex.com/office

Customer Copy

---

*Death* *[illegible]*

# FedEx Office

February 18, 2014 17:08     Page: 1
Receipt #: 1819878636
MasterCard #: XXXXXXXXXXXX4577
2014/02/18 16:58

| Qty | Description | Amount |
|---|---|---|
| 12 | PNG B&W S/S 8.5x11 & 8.5x14 | 1.44 |

SubTotal     1.44
Taxes     0.08
Total     1.52

Earn rewards with FedEx Office
Earn points for your eligible FedEx Office purchases
when you sign up for My FedEx Rewards. Go to
fedex.com/rewards to sign up today.

The Cardholder agrees to pay the Issuer of the charge
card in accordance with the agreement between the
Issuer and the Cardholder.

FedEx Office Print & Ship Centers

685 N. Washington St
Alexandria, VA 22314
(703)-739-0783
www.FedExOffice.com

Tell us how we're doing and receive
10% off your next $10 print project
fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 3/31/14

Please Recycle This Receipt

# Alan Gura

| | |
|---|---|
| **From:** | no-reply.ecommerce@fedex.com |
| **Sent:** | Friday, January 30, 2015 1:33 PM |
| **To:** | alan@gurapossessky.com |
| **Subject:** | FedEx Office Print Online Order Completion (Order GTN 1016678574247026) |

## This is an automated response, please do not reply to this e-mail ##

Dear Alan Gura,

Thank you for choosing FedEx Office. This e-mail confirms that we have completed your order and delivered it based on your instructions.

If you have questions concerning your order, please call the FedEx Office center producing the order and ask for the Project Coordinator. You can reference your order by Order number 1016678574247026.

If you have questions about this order or other comments or concerns regarding FedEx Office, please contact FedEx Office customer relations at 1.800.GoFedEx or 1.800.463.3339. You can reference your order by Order number 1016678574247026.


All jobs produced for customers will be retained for 30 days after the order ready by date on the receipt at which time you will be charged for the completed job if you have not picked up the order. FedEx Office is not responsible for retaining any work not picked up by customer after such 30 day period and is entitled to collect and retain payment for all work performed on the customer's behalf.

ORDER -- SUMMARY DETAILS

Order GTN number: 1016678574247026

Order Price

Subtotal: $133.80

Shipping: $ --

Packing & Handling: $ --

Tax: $8.03

Total: $141.83

Payment by: Credit Card

See order details for each recipient below

ORDER_DETAIL -- Part 1

Job GTN number: 1013313264966022

FedEx Office center producing order: Center - 1819 : 685 N Washington St ALEXANDRIA, VA 22314-1913 UNITED STATES

Phone: (703) 739-0783

E-mail: usa1819@fedex.com

Order Ready by Date: Jan 30, 2015 at 02:00 PM EST

Documents: supp5.pdf (10) supp5.pdf

Loyalty Id: 00754302

Recipient: Gura, Alan

To be picked up at FedEx Office center (see above)

Price: $133.80

Shipping: $ --

Packing & Handling: $ --

Tax: $8.03

# CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2015, I filed and served the foregoing Bill of Costs with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

                                        /s/ Alan Gura
                                        Alan Gura