# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 12-5305**  September Term, 2014

1:09-cv-00587-RLW

Filed On: August 20, 2015 [1568900]

Stephen Dearth and Second Amendment Foundation, Inc.,

    Appellants

    v.

Loretta E. Lynch,

    Appellee

## O R D E R

Upon consideration of appellants' bill of costs and the objection thereto, it is

**ORDERED** that the request for costs be denied.

### Per Curiam

          **FOR THE COURT:**
          Mark J. Langer, Clerk

BY:   /s/
        Ken R. Meadows
        Deputy Clerk